01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,                )
                                             )   CASE NO. CR14-181-JCC
09         Plaintiff,                        )
                                             )
10         v.                                )
                                             )   DETENTION ORDER
11  ROBERT C. ADAMS,                         )
                                             )
12         Defendant.                        )
    _____ )

13

14  Offense charged:    Conspiracy to Commit Bank Robbery; Bank Robbery (10 counts)

15  Date of Detention Hearing:    June 24, 2014.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22         1.      Defendant was not interviewed by Pretrial Services.   He has a lengthy criminal

DETENTION ORDER
PAGE -1

01 record, including counterfeiting convictions in the U.S. District Court for the Eastern District of

02 Washington.  While on supervised release for that conviction he absconded from a RRC in

03 Spokane Washington, following which his supervised release was revoked and he was

04 sentenced to 13 months confinement. His criminal record includes failures to appear with

05 resultant bench warrant activity and an escape charge.

06       2.      Defendant poses a risk of nonappearance due to lack of verified background

07 information, previous absconding offenses, an outstanding warrant and other pending cases.

08 He poses a risk of danger due to the nature of the charges and prior criminal record.

09       3.      Defendant does not contest detention.

10       4.      There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the

12 danger to other persons or the community.

13 It is therefore ORDERED:

14   1. Defendant shall be detained pending trial and committed to the custody of the Attorney

15      General for confinement in a correction facility separate, to the extent practicable, from

16      persons awaiting or serving sentences or being held in custody pending appeal;

17   2. Defendant shall be afforded reasonable opportunity for private consultation with

18      counsel;

19   3. On order of the United States or on request of an attorney for the Government, the

20      person in charge of the corrections facility in which defendant is confined shall deliver

21      the defendant to a United States Marshal for the purpose of an appearance in connection

22      with a court proceeding; and

DETENTION ORDER
PAGE -2

01    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04        DATED this <u>24th</u> day of June, 2014.

05

06                            Mary Alice Theiler

07                            Chief United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3