UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-00181-JCC |
| Plaintiff, | |
| v. | ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| ROBERT C. ADAMS, et. al., | |
| Defendants. | |

THE COURT having considered the second unopposed motion of the defendants to continue the trial and the pretrial motions deadline, the records and files herein, the Court makes the following findings:

1. Based on the facts set forth in the motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendants to benefit from their efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PRETRIAL
MOTIONS DUE DATE

IT IS THEREFORE ORDERED that the trial date for defendants is continued from November 17, 2014, to February 2, 2015.  Pretrial motions shall be filed by January 5, 2015.

It is further ORDERED that this period of delay from the date of this order through the new trial date, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 23rd day of October, 2014.

*[signature]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PRETRIAL
MOTIONS DUE DATE