THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT C. ADAMS, III,<br><br>　　　　　　　Defendant. | CASE NO. CR14-0181-JCC<br><br>ORDER |

　　　　This matter comes before the Court on Defendant's renewed motion for compassionate release (Dkt. No. 219). Having thoroughly considered the briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES Defendant's motion the reasons explained below.

　　　　The Court described the facts of this case in its prior orders (Dkt. Nos. 193, 207, 216) and will not repeat them here. In the instant motion (Dkt. No. 219), Defendant asks the Court to reconsider its prior determination regarding the danger he poses to the community and whether reducing his sentence would be appropriate in light of the factors set forth in 18 U.S.C. § 3553(a). *See* U.S.S.G. § 1B1.13. *See also United States v. Aruda*, 993 F.3d 797, 802 (9th Cir. 2021). While the Court applauds Defendant's efforts to secure educational opportunities and seek work upon his release, none of the facts or argument Defendant presents warrant reconsideration of the Court's prior determination. Nor does it appear that Defendant has

satisfied the exhaustion requirement for a motion made directly to the Court. *See* 18 U.S.C. § 3582(c)(1)(A). The Court denies his renewed motion on both grounds.

Accordingly, Defendant's renewed motion for compassionate release (Dkt. No. 219) is DENIED. The Clerk is DIRECTED to send a copy of this order to Defendant.

DATED this 25th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE