THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR14-0181-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROBERT ADAMS III, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for a judicial recommendation concerning an RRC/halfway house placement (Dkt. No. 222). Having reviewed the record before the Court and the briefing in this matter, the Court concludes that Defendant has failed to establish good cause for the recommendation sought. *See* 18 U.S.C. § 3621(b)(4)(B). Accordingly, Defendant's motion is DENIED.

DATED this 27th day of December 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR14-0181-JCC
PAGE - 1