THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT ADAMS,<br><br>   Defendant. | CASE NO. CR14-0181-JCC<br><br>ORDER |

This matter comes before the Court on Robert Adams' motions seeking either compassionate release or a judicial recommendation allowing for an immediate residential reentry center placement (Dkt. Nos. 279, 280, 281). Having thoroughly considered the briefing and the relevant record, the Court GRANTS the motions for compassionate release (Dkt. Nos. 279, 280) and DENIES as moot the motion for a judicial recommendation (Dkt. No. 281) for the reasons explained herein.

Mr. Adams is serving an 8-month term of incarceration for supervised release violations at United States Penitentiary Tucson. (*See generally* Dkt. No. 278.) His planned release date is October 28, 2024. (*See* Dkt. No. 282 at 1.) He seeks either a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) or a recommendation to the Bureau of Prisons ("BOP") for an immediate placement at a local residential reentry center, to allow him to pursue medical care. (*See generally* Dkt. Nos. 279, 280, 281, 283.)

As to the motion for compassionate release, Mr. Adams meets the requirements. *See* 18 U.S.C. § 3582(c)(1)(A). Based on the record before it, the Court concludes that Mr. Adams substantially exhausted his BOP remedies (if not precisely), Mr. Adams does not present a danger to the community, the reduction is consistent with the 18 U.S.C. § 3553 factors, and his health conditions represent extraordinary and compelling reasons warranting the reduction in sentence sought, in accordance with United States Sentencing Guidelines § 1B1.13.

For the foregoing reasons, the Court GRANTS Mr. Adams' motions for compassionate release (Dkt. Nos. 279, 280). He is to be immediately released from BOP custody, with no further modification to the judgment entered in this matter (Dkt. No. 278). No supervised release is to follow. Accordingly, the motion for a judicial recommendation (Dkt. No. 281) is DENIED as moot.

DATED this 23rd day of August 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE